# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 16, 2015

Robert P. Young, Jr.,
Chief Justice

150937-8

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

JANE DOE and ALL OTHERS SIMILARLY
SITUATED,
        Plaintiffs-Appellants,

v

HENRY FORD HEALTH SYSTEM,
        Defendant/Cross-Plaintiff,
and

PERRY JOHNSON AND ASSOCIATES INC.,
        Defendant/
        Cross-Defendant-Appellee,
and

C TECH LLC,
        Cross-Defendant.

SC: 150937-8
COA: 317973, 317975
Wayne CC: 12-001649-NO

_____/

      On order of the Court, the application for leave to appeal the December 18, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 16, 2015



Clerk

t0909